**Fill in this information to identify the case:**

Debtor name   **KCC International LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-33375**
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jung Ha Koh & Sun Hee Koh 9756 Silver Gate Lane Elk Grove, CA 95634 | | Real Estate Loan | Disputed | $2,670,000.00 | $71,413.75 | $2,598,586.25 |
| 2 | Axis Capital PO Box 2555 Grand Island, NE 68802 | | Business Loans | Unliquidated | | | $260,000.00 |
| 3 | Ascentium Capital LLC PO Box 301593 Dallas, TX 75303-1593 | | Business Loans | Unliquidated | | | $220,000.00 |
| 4 | Trust Capital 10 Kearney Road Needham, MA 2494 | | Business Loans | Unliquidated | | | $150,000.00 |
| 5 | Harris County Tax Assessor-HCSP P.O. Box 3547 Houston, TX 77253 | | Taxes | Unliquidated | | | $85,904.63 |

Debtor   **KCC International LLC**                                     Case number (if known) **16-33375**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Merchants Capital Advanced<br>525 Broadhollow Rd, Ste 200<br>Melville, NY 11747 | | Business Loans | Unliquidated | | | $85,000.00 |
| 7  MuniServices-Tomball<br>PO Box 830725<br>Birmingham, AL 35283-0725 | | Taxes | Unliquidated | | | $65,904.63 |
| 8  QuarterSpot Loan<br>4601 N. Fairfax Dr. Suite 1120<br>Arlington, VA 22203 | | Business Loans | Unliquidated | | | $60,000.00 |
| 9  LaQuinta Inns & Suites<br>PO Box 612587<br>Dallas, TX 75261-2587 | | Franchise/License Fees | Unliquidated | | | $38,419.26 |
| 10  AFCO<br>P.O. Box 4795<br>Carol Stream, IL 60197 | | Hotel Vendors | Unliquidated | | | $14,972.80 |
| 11  Leslie's Pool<br>2005 E. Indian School Rd<br>Phoenix, AZ 85016 | | Hotel Vendors | Unliquidated | | | $8,745.67 |
| 12  HD SUPPLY<br>PO Box 509058<br>San Diego, CA 92150-9058 | | Hotel Vendors | Unliquidated | | | $5,136.36 |
| 13  American Hotel Register Co<br>100 S. Milwaukee Avenue<br>Vernon Hills, IL 60061 | | Hotel Vendors | Unliquidated | | | $5,000.00 |

Debtor    **KCC International LLC**                                                         Case number (if known) **16-33375**
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14 Oracle Elevator 100 Ezell Dr, Ste 102 DeSoto, TX 75115-2329 | | Hotel Vendors | Unliquidated | | | $2,961.47 |
| 15 Auto-Chlor System PO Box 4869 Houston, TX 77201-4869 | | Hotel Vendors | Unliquidated | | | $2,425.87 |
| 16 Houston Automatic Door Inc 9103 Emmott Rd, Ste 9C Box 28 Houston, TX 77040 | | Hotel Vendors | Unliquidated | | | $1,255.71 |
| 17 PoolwoRx 3275 W. Alabama Houston, TX 77098 | | Hotel Vendors | Unliquidated | | | $881.91 |
| 18 Coca-Cola Refreshments PO Box 840232 Dallas, TX 75284-0232 | | Hotel Vendors | Unliquidated | | | $839.04 |
| 19 Scott Equipment 5612 Mitchelldale Houston, TX 77092 | | Hotel Vendors | Unliquidated | | | $826.22 |
| 20 J's Fire Extinguisher Service Co PO Box 41082 Houston, TX 77241 | | Hotel Vendors | Unliquidated | | | $420.27 |